FILED
JUN 3 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

RYAN KELLY CHAMBERLAIN, II,

Defendant.

Case No. 14-mj-70771 Mag.

**ORDER GRANTING IN PART GOVERNMENT'S MOTION TO UNSEAL COMPLAINT**

The government's motion to unseal portions of the Complaint and Amended Complaint in this criminal case is granted in part. There is a presumption of public access to Court proceedings. The Court finds that there is good cause to keep Attachments A and B to the Complaint and Amended Complaint under seal temporarily, while allowing the parties time to confer with each other and to submit further argument.

Accordingly, the Complaint and Amended Complaint, including the attached agent affidavits, are ordered unsealed. Attachments A and B remain under seal until further Court order. The Court will hear further argument on the motion to seal on June 4 at 11:00 a.m. in Courtroom A.

IT IS SO ORDERED.

DATED: June 3, 2014

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 14-mj-70771 Mag.